# MINUTE ORDER

Page 1

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor        Date: 8/22/2022    Time: 1:30 p.m.

Defendant: YOEL GUTIERREZ PEREZ        J#: 07630-506    Case #: 09-20317-CR-MOORE
AUSA: Stephanie Hauser        Attorney: DAVID TUCKER, ESQ (TEMP)
Violation: HEALTH CARE FRAUD, MONEY LAUNDERING    Surr/Arrest Date: 8/18/2022    YOB: 1974

Proceeding: Initial Appearance        CJA Appt:
Bond/PTD Held: ◯ Yes  ◯ No    Recommended Bond:
Bond Set at:            Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition:
RESET INITIAL APPEARANCE FROM
8/19/2022, *BRADY ORDER GIVEN
-Defendant advised of rights + sworn
-Defendant consents v/c
Stip $250K CSB
w/ nebbia w/ right
to revisit.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:    9/1/22    10:00am
PTD/Bond Hearing:                    Duty Miami
Prelim/Arraign or Removal:  9/6/22   10:00am
Status Conference RE:
D.A.R. 13:42:27/15:14:02            Time in Court: 18 mins
                s/Melissa Damian                Magistrate Judge