UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20317-CR-KMM/LOUIS

UNITED STATES OF AMERICA

v.

YOEL GUTIERREZ PEREZ,

         **Defendant.**
_____/

## JOINT STATUS REPORT REGARDING SPEEDY TRIAL

The United States of America, through the undersigned Assistant United States Attorney, along with Defendant YOEL GUTIERREZ PEREZ, hereby submits the following Joint Status Report Regarding Speedy Trial:

1. On August 19, 2022, the Indictment was made public. *See* ECF No. 12.

2. On August 22, 2022, the Defendant made his initial appearance in this District. *See* ECF No. 14.

3. As such, the next day, August 23, 2022, was the first day of the seventy-day period under the Speedy Trial Act. *See United States v. Campbell*, 706 F.2d 1138, 1139 (11th Cir. 1983) (explaining that the triggering date is excluded from the Speedy Trial Act calculation).

4. On September 1, 2022, the Court held a status conference on report re counsel and arraignment. Defendant was not prepared to proceed, and requested a continuance through September 9, 2022. The Court entered an order excluding September 1, 2022, through September 9, 2022 from the Speedy Trial Act period. *See* ECF No. 16.

5. On September 9, 2022, the Court held a status conference on report re counsel and arraignment. Defendant was not prepared to proceed, and requested a continuance through

September 16, 2022. *See* ECF No. 20. The Court granted the continuance until September 16, 2022.

6. On September 16, 2022, the Court held a status conference on report re counsel and arraignment. Defendant was not prepared to proceed, and requested a continuance through September 20, 2022. *See* ECF No. 21. The Court granted the continuance until September 20, 2022.

7. On September 20, 2022, the Defendant was arraigned on the Indictment. *See* ECF No. 24.

8. On September 23, 2022, the Court entered a Scheduling Order, setting trial for the two-week trial period commencing November 7, 2022. *See* ECF No. 25.

9. On October 27, 2022, the Defendant filed an Unopposed Motion to Continue Trial. *See* ECF No. 30. The undersigned conferred with counsel of record for the Defendant, who advised that the Defendant will agree to waive Speedy Trial if the continuance is granted.

10. As such, between August 23, 2022, through October 26, 2022, there were 11 excludable days. Further, all days since the filing of the Unopposed Motion to Continue Trial on October 27, 2022 are excluded.

11. Accordingly, as of November 2, 2022, fifty-four days of the seventy-day speedy trial period have elapsed.

12. The undersigned conferred with counsel of record for the Defendant, who consents to the filing of this Joint Report.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: */s/Stephanie Hauser*
    Stephanie Hauser
    Assistant United States Attorney
    Florida Bar No. 92765
    JLK Federal Justice Building
    99 Northeast 4th Street, 4th Floor
    Miami, Florida 33132-2111
    Telephone:   305-961-9065
    Facsimile:   305-530-7976
    Email:   stephanie.hauser@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2022, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              */s/ Stephanie Hauser*
                                              Stephanie Hauser
                                              Assistant United States Attorney